**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BULK PEPTIDE SUPPLY LLC,<br><br>PLAINTIFF,<br><br>-v-<br><br>JOHN DOES 1-3<br><br>DEFENDANTS. | Case No. 26-cv-6782 (JPO) |

**ORDER ON EX PARTE MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

The Court has reviewed Plaintiff's *ex parte* motion for leave to serve third party subpoenas prior to a Rule 26(f) Conference, aimed at identifying John Does #1-3. For the reasons set forth in Plaintiff's motion, the Court finds good cause to permit reasonable discovery requested by Plaintiff prior to the Rule 26(f) Conference. Without leave to conduct expedited discovery, Plaintiff would have no way to identify and serve defendants or to seek relief for their alleged injuries.

Plaintiff's motion is therefore GRANTED.

So ordered.

The Clerk of Court is directed to close the motion at ECF No. 2.

Date: August 12, 2026

J. PAUL OETKEN
United States District Judge